UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cr-00080 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| GUADALUPE FABIAN MORAN-VILLALOBOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on June 1, 2016, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.  The agreement is oral.  At the hearing, defendant Guadalupe Fabian Moran-Villalobos entered a plea of guilty to Count 2 of the Indictment charging defendant with false claim of being a lawful permanent resident in violation of 18 U.S.C. § 1546(a) and 8 U.S.C. § 1324a(b)(2) in exchange for Counts 1 and 3 to be dismissed at sentencing. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 2 of the Indictment be accepted, and that the court adjudicate defendant guilty.  Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: June 1, 2016                       /s/ Phillip J. Green
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).